WAYNE J. HOLMAN v. DIRECTOR, DIVISION OF TAXATION.

March 1, 1983.

Petition for certification granted.

ARTHUR S. LANE v. DIRECTOR, DIVISION OF TAXATION.

March 1, 1983.

Petition for certification granted.

NATIONWIDE MUTUAL INSURANCE COMPANY v. SHERRY K. PERLMAN.

March 1, 1983.

Petition for certification denied. (See 187 *N.J.Super.* 499)